UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO JIMENEZ-VALERO,<br><br>            Petitioner,<br><br>    v.<br><br>NATHALIE ASHER, et al.,<br><br>            Respondents. | NO. C16-874-TSZ<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 28, to which no objection has been timely filed, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Petitioner's motion to waive appeal fee, docket no. 26, is DENIED.

3. The Clerk shall send a copy of this Order to the parties, to Judge Donohue.

DATED this 24th day of January, 2017.

                                                    Thomas S. Zilly
                                                    United States District Judge

ORDER - 1